Law Offices of
# Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, New York 14624
(585) 247-9000
FAX (585) 247-7380

Honorable Robert E. Littlefield
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

RE:     Brett T. Saso
        Chapter 13
        Case Number: 16-10834-1-REL
        SD&B File Number: 10-001416

Dear Judge Littlefield:

This letter confirms that, although there was no opposition filed, the Motion for Relief from Stay filed in the above bankruptcy case by Bank of America, N.A. scheduled on default for December 22, 2016 at 9:15 am is hereby withdrawn; no Order Granting Relief from the Automatic Stay should be entered. Debtor has remitted funds to make the loan current through December 2016.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

*Nicole DiStasio*
Nicole DiStasio

cc:     Debtor
        Brett T. Saso
        169 Vineyard Avenue
        Highland, NY 12528

        Attorney for Debtor
        Jerrold W. Bartman
        PO Box 13941
        Albany, NY 12212

ATTORNEYS AT LAW

Nicole DiStasio, Associate Attorney    Direct (585) 247-9000

LONG ISLAND OFFICE    One Huntington Quadrangle, Suite 3N05    Melville, NY 11747    PHONE (631) 844-9611    FAX (631) 844-9525

Trustee
Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211

Attorneys for First Tennessee Bank National Association
Lisa B. Singer
Rosicki Rosicki & Assoc PC
51 E. Bethpage Rd
Plainview, NY 11803

U.S. Trustee's Office (served via ECF)
74 Chapel Street
Suite 200
Albany, NY 12207

Recovery Management Systems Corporation (served via ECF)
PO BOX 12931
Norfolk, VA 23541